IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAUN ROSIERE, | HON. JEROME B. SIMANDLE |
| Petitioner, | Civil No. 11-4404(JBS) |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

This matter having come before the Court upon a pro se application by Petitioner Shaun Rosiere for habeas corpus relief vacating his sentence under 28 U.S.C. § 2255 [Docket Items 1 and 4]; Petitioner's motion for summary judgment [Docket Item 9] and Petitioner's motion for return of property [Docket Item 10]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ____**25th**____ day of **September, 2012** hereby

ORDERED Petitioner's motion for summary judgment [Docket Item 9] is DENIED; and it is

ORDERED Petitioner's motion for return of property [Docket Item 10] is granted and the government shall forthwith return the following items to Petitioner or to a person designated by Petitioner to receive same:

- One (1) CD-ROM labeled "Business Center Solutions"
- One (1) CD-ROM  labeled "Nova Credit Bureau"

- One (1) CD-ROM labeled "Nova Investment Fund"
- One (1) container holding 21 CD-ROMs
- One (1) box of US Bank Checks in the name Shaun Rosiere Mortgage, Inc.
- One (1) DVD Movie
- Three (3) All-Access Visa Gift Cards
- One (1) CD-ROM labeled "Companies Incorporated"
- Two (2) CD-ROMs labeled "The Number Cruncher"
- Three (3) CD-ROMs labeled "K hypermedia"
- One (1) CD-ROM labeled "MSN Global Criminal Compliance"
- Twenty-five (25) floppy disks;

and it is further

ORDERED Petitioner's motion to vacate, alter or amend his sentence pursuant to 28 U.S.C. § 2255 will be DENIED and the Clerk shall close this case upon the docket.

    s/ Jerome B. Simandle
JEROME B. SIMANDLE
Chief U.S. District Judge